## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOCULYNX, INC., a Nebraska corporation; | **8:17CV67** |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE** |
| MACY'S SYSTEMS AND TECHNOLOGY, INC., an Ohio Corporation; | |
| Defendant. | |

On August 12, 2016, plaintiff Doculynx, Inc. ("Doculynx") filed a Complaint (Filing No. 1) in the District Court of Douglas County alleging claims of breach of contract and unjust enrichment against defendant Macy's Systems and Technology, Inc. ("MST"). The Complaint also requested attorney fees. On March 2, 2017, MST removed the case to this Court and filed its Motion to Dismiss[1] and Motion to Strike[2] (Filing No. 3). Doculynx has failed to file an opposition to the Motion. Doculynx shall have until April 10, 2017, to show cause why its Complaint should not be dismissed.

IT IS SO ORDERED.

Dated this 3rd day of April, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge

---

[1]The Motion to Dismiss is brought pursuant to Federal Rule of Civil Procedure 12(b)(6).

[2]The Motion to Strike requests Doculynx's demand for attorney fees be stricken from the Complaint.