IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOCULYNX, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S SYSTEMS AND TECHNOLOGY, INC., an Ohio Corporation;<br><br>Defendant. | 8:17CV67<br><br>ORDER |

On April 3, 2017, the Court ordered plaintiff Doculynx, Inc. ("Doculynx") to show cause why the case should not be dismissed. Doculynx responded to the order on April 4, 2017, and showed sufficient cause to avoid the dismissal of its claim. The show-cause order is terminated. Doculynx will have until April 21, 2017 to file its brief in opposition to the Motion to Dismiss.

IT IS SO ORDERED

Dated this 6th day of April, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge